**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2346**

———————

EPHRAIN RELIFORD, JR.,

Plaintiff - Appellant,

versus

AIKEN COUNTY SHERIFF'S DEPARTMENT; CHARLES
TRUESDALE,

Defendants - Appellees,

and

MITSUBISHI MOTORS CREDIT OF AMERICA,
INCORPORATED,

Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken. Joseph F. Anderson, Jr., Chief District
Judge. (CA-01-4075-1-17)

———————

Submitted: February 6, 2003        Decided: February 12, 2003

———————

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ephrain Reliford, Jr., Appellant Pro Se.  Kathleen Devereaux Schultz, MCKAY, MCKAY & SETTANA, P.A., Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ephrain Reliford, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint alleging violations of 42 U.S.C. § 1983 (2000) and state law.  Reliford also appeals the district court's order denying his motion to reconsider.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Reliford v. Aiken County Sheriff's Dep't, No. CA-01-4075-1-17 (D.S.C. Sept. 24, 2002; Oct. 23, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2